1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AURORA A. MATEUM AND ABNER E. GAURINO, | ) ) ) | Case No. EDCV 08-1056-VAP (OPx) |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| AMERICAN'S SERVICING COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE as to Defendants Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, N.A. DBA America's Servicing Company.

The Court orders that such judgment be entered.

Dated: March 13, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge